THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EULOGIA LOZADO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 19, 1924; decided June 3, 1924.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 9, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George Z. Medalie* and *Sol Ullmann* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.